UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI K. KURTZE,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-00566-MMD-VCF<br><br>ORDER |

Plaintiff Giovanni K. Kurtze filed a motion consisting of two sentences in which he asserts that this case was dismissed for failure to effect service and requests that this case be reopened. (ECF No. 7 at 1.) However, the Court actually dismissed Plaintiff's Complaint under *Heck v. Humphrey*, 512 U.S. 477 (1994), because Plaintiff was "attempting to challenge the validity of his conviction by challenging the actions and decisions of the district attorney who handled his conviction." (ECF No. 4 at 4.) In addition, although the motion is titled "motion to amend," Plaintiff does not attach any proposed amended pleadings. (*See* ECF No. 7.)

It is therefore ordered that Plaintiff's motion to amend (ECF No. 7) is denied.

DATED THIS 16th day of October 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE